UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JOHNNY LEE WILSON** | **CIVIL ACTION NO. 20-1005** |
| **VS.** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN BROWN, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Johnny Lee Wilson's claims concerning the restoration of his good-time credits are **DISMISSED WITHOUT PREJUDICE** to his right seek relief in a habeas corpus action after he exhausts all available state-court remedies.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims for monetary relief for the loss of his good-time credits are **DISMISSED** as frivolous until the *Heck* conditions are met.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's remaining claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 30th day of September, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE